IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-6027-03/04-CR-SJ-GAF |
| | ) | |
| SHEENA N. CLARK and | ) | |
| SARAH J. HAUG, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is defendant Sheena Clark's Motion to Reconsider and defendant Sarah Haug's Motion to Reconsider. On December 6, 2005, United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendants' motions. On December 20, 2005, Judge Hays issued her Report and Recommendation recommending that both motions be denied. The undersigned adopted the Report and Recommendation on January 4, 2006.

After the Report and Recommendation was issued, each defendant filed a Motion for Reconsideration seeking a further evidentiary hearing. On January 23, 2006, an evidentiary hearing was held on defendants' motions to reconsider. On March 29, 2006, Judge Hays issued her Supplemental Report and Recommendation.

Upon careful and independent review of the pending motions and suggestions in support thereof, defendants' objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant Sheena N. Clark's Motion to Reconsider (Doc. #66) and defendant Sarah J. Haug's Motion to Reconsider (Doc. #58) are OVERRULED and DENIED.

SO ORDERED.

                                        /s/ Gary A. Fenner
                                        GARY A. FENNER, JUDGE
                                         United States District Court

DATED:    April 19, 2006

2

Case 5:05-cr-06027-GAF   Document 74   Filed 04/19/06   Page 2 of 2